UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-37-RJC-DCK

THOMAS EDWARD GIBSON

    Plaintiff,

vs.

INTERNATIONAL PAPER COMPANY

    Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Extend Deadline for Completing Mediation and Serving Defendant's Expert Reports" (Document No. 5), filed May 23, 2008.

IT APPEARING to the Court that for good cause shown the parties need additional time in which to conduct mediation and to exchange expert reports, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Deadline for Completing Mediation and Serving Defendant's Expert Reports" (Document No. 5) is **GRANTED**; the deadline for completion of mediation is extended to **July 18, 2008** and the deadline for serving Defendant's Expert Reports on Plaintiff is extended to **August 1, 2008**.

Signed: May 23, 2008

David C. Keesler
United States Magistrate Judge