**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No: 3:08-cv-37-RJC-DCK**

| | |
|---|---|
| THOMAS EDWARD GIBSON, | |
| Plaintiff, | |
| v. | **ORDER** |
| INTERNATIONAL PAPER COMPANY, | |
| Defendant. | |

      **THIS MATTER IS BEFORE THIS COURT** upon the "Joint Motion To Extend Deadline for Completion Of Mediation"(Document No. 12) filed July 18, 2008.  This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate.

      Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

      **IT IS, THEREFORE, ORDERED** that the "Joint Motion To Extend Deadline for Completion Of Mediation"(Document No. 12) is **GRANTED**.  The deadline for completion of mediation will be extended up to and including **September 1, 2008**.  Further extensions of this deadline are unlikely.

      Signed: July 21, 2008

David C. Keesler
United States Magistrate Judge