UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:08-CV-37-RJC-DCK

| | |
|---|---|
| THOMAS EDWARD GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THIS COURT** *sua sponte*. By "Order" (Document No. 14) on July 21, 2008, the undersigned granted the parties' "Joint Motion To Extend Deadline For Completion Of Mediation" (Document No. 12), allowing the deadline for mediation to be extended to September 1, 2008. The original deadline to complete mediation <u>and</u> file a report on the results was June 15, 2008. To date, the Court has not received a report on the results of the parties' mediation.

**IT IS, THEREFORE, ORDERED** that the parties shall file a joint report on the results of their mediation on or before **September 19, 2008.**

**SO ORDERED**.

Signed: September 16, 2008

David C. Keesler
United States Magistrate Judge